# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Mark J Gilbo | § | Case No. 15-41526 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/09/2015 . The undersigned trustee was appointed on 12/09/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   200,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 137,278.06 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 32,721.94 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/25/2016 and the deadline for filing governmental claims was 10/25/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 11,750.00 , for a total compensation of $ 11,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 15.42 , for total expenses of $ 15.42 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2017           By:/s/STEVEN R. RADTKE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-41526 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Mark J Gilbo | | | | Date Filed (f) or Converted (c): | 12/09/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2016 |
| For Period Ending: | 01/31/2017 | | | | Claims Bar Date: | 10/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11503 S Bell Chicago Il 60643-0000 Cook | 125,000.00 | 125,000.00 | | 200,000.00 | FA |
| 2. Ford 2014 Focus Mileage: 30,000 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 3. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Phone And Tv | 200.00 | 0.00 | | 0.00 | FA |
| 5. Collector Plates | 100.00 | 0.00 | | 0.00 | FA |
| 6. Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 7. Us Bank Checking | 600.00 | 0.00 | | 0.00 | FA |
| 8. Us Bank Business Account - Negative Balance | 0.00 | 0.00 | | 0.00 | FA |
| 9. Shares In Southside Wholesale Florist Inc. (Business Has 1 A | 0.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance- Protective Life-Children Are Beneficiar | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $141,500.00 | $140,000.00 | | $200,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/2016 Home sold for $200,000; paid homestead exemptions to debtor's sons of $15,000 each

10/2016 Obtained court approval to sell Debtor's home

6/2016  Trustee is investigating possible sale of Debtor's home (Trustee filed initial report of assets on 7/22/16)

Debtor passed away after bankruptcy filing; Debtor's home appears to have substantial equity

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 06/30/2018    Current Projected Date of Final Report (TFR): 06/30/2018

Exhibit A

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-41526 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Mark J Gilbo | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6297 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1581 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/16 | | Fidelity National Title Company, LLC<br>6250 W 95th St<br>Oak Lawn, IL 60453 | Proceeds of sale of trustee's right, title and interest in real estate | | $61,756.85 | | $61,756.85 |
| | | | Gross Receipts $200,000.00 | | | | |
| | | Bank of America, N.A. | Payoff of First Mortgage ($105,320.02) | 2500-000 | | | |
| | | Nichae A. Whitenhill | Seller Credit ($5,000.00) | 2500-000 | | | |
| | | | County Taxes ($3,883.62) | 2500-000 | | | |
| | | Fidelity National Title Company | Commitment Fee ($125.00) | 2500-000 | | | |
| | | Fidelity National Title Company | CPL Fee ($50.00) | 2500-000 | | | |
| | | Fidelity National Title Company | State of IL Policy Registration Fee ($3.00) | 2500-000 | | | |
| | | Fidelity Nationla Title Company | Water Cert Processing-Handling ($80.00) | 2500-000 | | | |
| | | Fidelity National Title Company | Zoning Cert Processing-Handling ($80.00) | 2500-000 | | | |
| | | MYDEC Chicago Transfer Stamps | City Transfer Tax ($600.00) | 2500-000 | | | |
| | | MYDEC Cook County Transfer Stamps | County Transfer Tax ($100.00) | 2500-000 | | | |
| | | MYDEC Cook County Transfer Stamps | State Transfer Tax ($200.00) | 2500-000 | | | |
| | | Fidelity National Title | ($7,900.00) | 2500-000 | | | |
| | | PRS Associates | Real Estate Commssion ($10,000.00) | 3510-000 | | | |
| | | Olstein Law, LLC | Reimbursement for Death Certificates ($34.00) | 3220-000 | | | |
| | | Olstein Law, LLC | Reimbursement for Estimate of Redemption ($10.00) | 3220-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $61,756.85      $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-41526 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Mark J Gilbo | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6297 |
| | Checking |
| Taxpayer ID No: XX-XXX1581 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Olstein Law, LLC | Seller's attorneys fee ($500.00) | 3210-000 | | | |
| | | Tri County | Survey Fee ($800.00) | 2500-000 | | | |
| | | Olstein Law, LLC/FNT | Owners Title Insurance ($1,700.00) | 3220-000 | | | |
| | | Fidelity National Title Company | Water Cert ($1,737.51) | 2500-000 | | | |
| | | Fidelity National Title Company | Zoning Cert ($120.00) | 2500-000 | | | |
| | 1 | | 11503 S Bell $200,000.00<br>Chicago Il 60643-0000 Cook | 1110-000 | | | |
| 01/05/17 | 1001 | Lee Gilbo<br>11037 S Artesian<br>Chicago, IL 60643 | One half of total homestead exemptions claimed | 8100-002 | | $15,000.00 | $46,756.85 |
| 01/05/17 | 1002 | Joseph Gilbo<br>11037 S Artesian<br>Chicago, IL 60643 | One half of total homestead exemptions claimed | 8100-002 | | $15,000.00 | $31,756.85 |
| 01/23/17 | | Fidelity National Title<br>FT Metro Harris Bank<br>1055 W. 175th Street<br>Suite 102<br>Homewood, IL 60430 | Turnover of balance of funds from title indemnity account after payment real estate taxes | 2500-000 | | ($965.09) | $32,721.94 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $61,756.85 | $29,034.91 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $61,756.85 | $29,034.91 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $61,756.85 | ($965.09) |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $0.00  $29,034.91

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6297 - Checking | $61,756.85 | ($965.09) | $32,721.94 |
|  | $61,756.85 | ($965.09) | $32,721.94 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $138,243.15 |
| Total Net Deposits: | $61,756.85 |
| Total Gross Receipts: | $200,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-41526  
Debtor Name: Mark J Gilbo  
Claims Bar Date: 10/25/2016  

Date: January 31, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $11,750.00 | $11,750.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $15.42 | $15.42 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $15,582.65 | $15,582.65 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $367.10 | $367.10 | $367.10 |
| 4 280 5800 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Priority | | $0.00 | $6.77 | $6.77 |
| 1 300 7100 | Bank Of The West<br>2527 Camino Ramon<br>Po Box 5172<br>San Ramon, Ca 94583 | Unsecured | | $16,075.00 | $7,254.09 | $7,254.09 |
| 2 300 7100 | Dv Florida/Delawarevalley Floralgrp<br>C/O Teller Levit & Silvertrust Pc<br>19 S Lasalle Street Ste 701<br>Chicago, Il 60603 | Unsecured | | $4,000.00 | $3,197.44 | $3,197.44 |
| 3 300 7100 | Choice Farms Corp<br>C/O Maria Medina<br>2003 Nw 70Th Ave Bldg 4<br>Miami, Fl 33122 | Unsecured | | $3,000.00 | $3,217.00 | $3,217.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-41526  
Debtor Name: Mark J Gilbo  
Claims Bar Date: 10/25/2016  
Date: January 31, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4B 300 7100 | Illinois Department Of Employment Security 33 S State St., 10Th Flr Coll. Bkry Chicago, Illinois 60603 Attn. Amelia Yabes | Unsecured | Penalty portion of claim | $0.00 | $50.00 | $50.00 |
| 5 300 7100 | American Express Bank Fsb C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $6,383.00 | $6,383.69 | $6,383.69 |
| 6 300 7100 | American Express Centurion Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $9,122.00 | $9,122.36 | $9,122.36 |
| 7 300 7100 | American Infosource Lp As Agent For T Mobile/T-Mobile Usa Inc Po Box 248848 Oklahoma City, Ok 73124-8848 | Unsecured | | $0.00 | $216.16 | $216.16 |
| 8 300 7100 | American Infosource Lp As Agent For Verizon Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $447.00 | $439.33 | $439.33 |
| | Case Totals | | | $39,394.10 | $57,602.01 | $57,602.01 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-41526
Case Name: Mark J Gilbo
Trustee Name: STEVEN R. RADTKE

Balance on hand $ 32,721.94

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 11,750.00 | $ 0.00 | $ 11,750.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 15.42 | $ 0.00 | $ 15.42 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 15,582.65 | $ 0.00 | $ 15,582.65 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 367.10 | $ 0.00 | $ 367.10 |

Total to be paid for chapter 7 administrative expenses    $    27,715.17
Remaining Balance                                         $     5,006.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Illinois Department Of Employment Security | $ 6.77 | $ 0.00 | $ 6.77 |
| | Total to be paid to priority creditors | | | $ 6.77 |
| | Remaining Balance | | | $ 5,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,880.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bank Of The West | $ 7,254.09 | $ 0.00 | $ 1,213.87 |
| 2 | Dv Florida/Delawarevalley Floralgrp | $ 3,197.44 | $ 0.00 | $ 535.05 |
| 3 | Choice Farms Corp | $ 3,217.00 | $ 0.00 | $ 538.32 |
| 4B | Illinois Department Of Employment Security | $ 50.00 | $ 0.00 | $ 8.37 |
| 5 | American Express Bank Fsb | $ 6,383.69 | $ 0.00 | $ 1,068.22 |
| 6 | American Express Centurion Bank | $ 9,122.36 | $ 0.00 | $ 1,526.50 |
| 7 | American Infosource Lp As Agent For | $ 216.16 | $ 0.00 | $ 36.16 |
| 8 | American Infosource Lp As Agent For | $ 439.33 | $ 0.00 | $ 73.51 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,000.00 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE