UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-41526 |
| | ) | |
| MARK J. GILBO, | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **February 10, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

GilboNFRCrtSrv

# SERVICE LIST
## MARK J. GILBO, DEBTOR
## CASE NO. 15-41526

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Mark J. Gilbo
11503 S. Bell
Chicago, IL 60643-4713

American Express Bank FSB
c/0 Becket And Lee LLP
PO Box 3001
Malvern, PA  19355-0701

American Express Centurion Bank
c/0 Becker And Lee LLP
PO Box 3001
Malvern, PA  19355-0701

American InfoSource LP as agent for
 T Mobile/T-Mobile USA, Inc
PO Box 248848
Oklahoma City OK 73124-8848

American InfoSource LP
as agent for Verizon
PO Box 248838
Oklahoma City OK 73124-8838

Bank Of The West
2527 Camino Ramon
PO Box 5172
San Ramon, CA  94583-5172

Choice Farms Corp.
c/o Maria Medina
2003 NW 70th Ave., Bldg. 4
Miami, FL  33122-1811

Dv Florida/Delaware
 Valley Floral Group
C/O Teller Levit & Silvertrust PC
19 S. La Salle Street, Suite 701
Chicago, IL  60603-1431

Illinois Department Of
 Employment Security
33 S. State St., 10th Flr., Coll. Bkry
Chicago, IL  60603
Attn.: Amelia Yabes

GilboTFRSrvList

1