UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Mark J Gilbo | § | Case No. 15-41526 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 12,690.00 *(Without deducting any secured claims)* | Assets Exempt: 18,810.00 |
| Total Distributions to Claimants: 5,006.77 | Claims Discharged Without Payment: 319,785.07 |
| Total Expenses of Administration: 164,993.23 | |

3) Total gross receipts of $ 200,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00  (see **Exhibit 2**), yielded net receipts of $ 170,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 102,749.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 164,993.23 | 164,993.23 | 164,993.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,400.00 | 6.77 | 6.77 | 6.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 226,783.00 | 29,880.07 | 29,880.07 | 5,000.00 |
| **TOTAL DISBURSEMENTS** | $ 333,932.00 | $ 194,880.07 | $ 194,880.07 | $ 170,000.00 |

4) This case was originally filed under chapter 7 on 12/09/2015 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2017         By:/s/STEVEN R. RADTKE
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 11503 S Bell Chicago Il 60643-0000 Cook | 1110-000 | 200,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$200,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph Gilbo | Exemptions | 8100-002 | 15,000.00 |
| Lee Gilbo | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer, 1800 Tapo Canyon Rd Simi Valley, CA 93063 | | 102,749.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 102,749.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 11,750.00 | 11,750.00 | 11,750.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 15.42 | 15.42 | 15.42 |
| Bank of America, N.A. | 2500-000 | NA | 105,320.02 | 105,320.02 | 105,320.02 |
| Fidelity National Title | 2500-000 | NA | 6,934.91 | 6,934.91 | 6,934.91 |
| Fidelity National Title Company | 2500-000 | NA | 2,115.51 | 2,115.51 | 2,115.51 |
| Fidelity National Title Company, LLC | 2500-000 | NA | 3,883.62 | 3,883.62 | 3,883.62 |
| Fidelity Nationla Title Company | 2500-000 | NA | 80.00 | 80.00 | 80.00 |
| MYDEC Chicago Transfer Stamps | 2500-000 | NA | 600.00 | 600.00 | 600.00 |
| MYDEC Cook County Transfer Stamps | 2500-000 | NA | 300.00 | 300.00 | 300.00 |
| Nichae A. Whitenhill | 2500-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Tri County | 2500-000 | NA | 800.00 | 800.00 | 800.00 |
| STEVEN R. RADTKE | 3110-000 | NA | 15,582.65 | 15,582.65 | 15,582.65 |
| STEVEN R. RADTKE | 3120-000 | NA | 367.10 | 367.10 | 367.10 |
| Olstein Law, LLC | 3210-000 | NA | 500.00 | 500.00 | 500.00 |
| Olstein Law, LLC | 3220-000 | NA | 44.00 | 44.00 | 44.00 |
| Olstein Law, LLC/FNT | 3220-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRS Associates | 3510-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 164,993.23 | $ 164,993.23 | $ 164,993.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue, Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | | 0.00 | NA | NA | 0.00 |
| | IRS- Notice, PO Box 7346 Philadelphia, PA 19101-7346 | | 4,400.00 | NA | NA | 0.00 |
| 4 | Illinois Department Of Employment Security | 5800-000 | NA | 6.77 | 6.77 | 6.77 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 4,400.00 | $ 6.77 | $ 6.77 | $ 6.77 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albin Hagstrom & Son Inc, PO Box 158 Pierson, FL 32180 | | 3,685.00 | NA | NA | 0.00 |
| | AmeriLink International, 1011 State St #105 Lemont, IL 60439 | | 501.00 | NA | NA | 0.00 |
| | Associated Farms Inc, PO Box 226755 Miami, FL 33222-6755 | | 2,137.00 | NA | NA | 0.00 |
| | AT& T, c/o Cisco INc 1702 Townhurst Drive Houston, TX 77043 | | 711.00 | NA | NA | 0.00 |
| | Brett Bednar, 4230 S Emerald Chicago, IL 60609 | | 0.00 | NA | NA | 0.00 |
| | CalAirCargo, PO Box 23430 San Jose, CA 95153 | | 10.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cda/pontiac, Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 470.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 23,107.00 | NA | NA | 0.00 |
| | Connectaflor, PO Box 520867 Miami, FL 33152 | | 3,664.00 | NA | NA | 0.00 |
| | Dept Of Education/neln, 3015 Parker Rd Aurora, CO 80014 | | 31,384.00 | NA | NA | 0.00 |
| | Dept Of Education/neln, 3015 Parker Rd Aurora, CO 80014 | | 25,540.00 | NA | NA | 0.00 |
| | Dept Of Education/neln, 3015 Parker Rd Aurora, CO 80014 | | 30,910.00 | NA | NA | 0.00 |
| | Dept Of Education/neln, 3015 Parker Rd Aurora, CO 80014 | | 19,239.00 | NA | NA | 0.00 |
| | Direct Floral Source Int'l, 600 E Higgins Rd #1A Elk Grove Village, IL 60007 | | 1,285.00 | NA | NA | 0.00 |
| | Diversified Consultant, P O Box 551268 Jacksonville, FL 32255 | | 656.00 | NA | NA | 0.00 |
| | Floraxis, PO Box 348297 Miami, FL 33234 | | 960.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Florida Beauty Flora Inc, 1351 NW 78th Ave Doral, FL 33126 | | 6,273.00 | NA | NA | 0.00 |
| | Fresh Pack Inc, 3294 Integrity Way Fallbrook, CA 92028 | | 356.00 | NA | NA | 0.00 |
| | Great Lakes Floral, 1396 S Service Rd St. Catharines, ON L2R 6P9 Canada | | 715.00 | NA | NA | 0.00 |
| | Hosa International Inc, PO Box 30735 Client 313003 Tampa, FL 33630-3735 | | 2,261.00 | NA | NA | 0.00 |
| | Illinois Collection Service/ICS, Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | 161.00 | NA | NA | 0.00 |
| | Illinois Collection Service/ICS, Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | 308.00 | NA | NA | 0.00 |
| | Illinois Department of Employment S, PO Box 19509 Springfield, IL 62703 | | 1,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kitayama Brothers Inc, Fin. Mgmt Group Po box 537 Brighton, CO 80601 | | 3,801.00 | NA | NA | 0.00 |
| | Melody Farms LLC, 3403 NW 82nd Ave Ste 270 East Miami, FL 33122 | | 6,477.00 | NA | NA | 0.00 |
| | Osi Collect, 507 Prudential Rd. Horsham, PA 19044 | | 396.00 | NA | NA | 0.00 |
| | Simpson's, 8301 Northwest 30th Terrace Doral, FL 33122 | | 1,020.00 | NA | NA | 0.00 |
| | Sole Farms, c/o Murphy Lomon & Assoc 2860 River Rd #200 Des Plaines, IL 60018 | | 1,173.00 | NA | NA | 0.00 |
| | Southwest Airlines Cargo, PO Box 3611 2702 Love Field Drive Dallas, TX 75235-1611 | | 434.00 | NA | NA | 0.00 |
| | The Hartford, POBox 660916 Dallas, TX 75266-0916 | | 1,600.00 | NA | NA | 0.00 |
| | The Queen's Flowers, 2750 NW 79th Avenue Miami, FL 33122 | | 15,428.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transflora, 1480 NW 94th Avenue Miami, FL 33172 | | 0.00 | NA | NA | 0.00 |
| | Uniflora Overfseas Florida Inc, POBox 56 27810 Haywood Farm Rd Okahumpka, FL 34762 | | 507.00 | NA | NA | 0.00 |
| | US Greens Corp, Po Bxo 522336 Miami, FL 33152-2336 | | 1,587.00 | NA | NA | 0.00 |
| 5 | American Express Bank Fsb | 7100-000 | 6,383.00 | 6,383.69 | 6,383.69 | 1,068.22 |
| 6 | American Express Centurion Bank | 7100-000 | 9,122.00 | 9,122.36 | 9,122.36 | 1,526.50 |
| 7 | American Infosource Lp As Agent For | 7100-000 | NA | 216.16 | 216.16 | 36.16 |
| 8 | American Infosource Lp As Agent For | 7100-000 | 447.00 | 439.33 | 439.33 | 73.51 |
| 1 | Bank Of The West | 7100-000 | 16,075.00 | 7,254.09 | 7,254.09 | 1,213.87 |
| 3 | Choice Farms Corp | 7100-000 | 3,000.00 | 3,217.00 | 3,217.00 | 538.32 |
| 2 | Dv Florida/Delawarevalley Floralgrp | 7100-000 | 4,000.00 | 3,197.44 | 3,197.44 | 535.05 |
| 4B | Illinois Department Of Employment Security | 7100-000 | NA | 50.00 | 50.00 | 8.37 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 226,783.00 | $ 29,880.07 | $ 29,880.07 | $ 5,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-41526 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Mark J Gilbo | | | | Date Filed (f) or Converted (c): | 12/09/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2016 |
| For Period Ending: | 04/19/2017 | | | | Claims Bar Date: | 10/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 11503 S Bell<br>Chicago Il 60643-0000 Cook | 125,000.00 | 125,000.00 | | 200,000.00 | FA |
| 2. Ford 2014 Focus Mileage: 30,000 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 3. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Phone And Tv | 200.00 | 0.00 | | 0.00 | FA |
| 5. Collector Plates | 100.00 | 0.00 | | 0.00 | FA |
| 6. Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 7. Us Bank Checking | 600.00 | 0.00 | | 0.00 | FA |
| 8. Us Bank Business Account - Negative Balance | 0.00 | 0.00 | | 0.00 | FA |
| 9. Shares In Southside Wholesale Florist Inc. (Business Has 1 A | 0.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance- Protective Life-Children Are Beneficiar | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $141,500.00 | $140,000.00 | | $200,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 15-41526    Doc 40    Filed 05/11/17    Entered 05/11/17 15:08:02    Desc Main
Document      Page 13 of 18

3/2017 TFR approved; waiting for checks to clear

12/2016 Home sold for $200,000; paid homestead exemptions to debtor's sons of $15,000 each

10/2016 Obtained court approval to sell Debtor's home

6/2016  Trustee is investigating possible sale of Debtor's home (Trustee filed initial report of assets on 7/22/16)

Debtor passed away after bankruptcy filing; Debtor's home appears to have substantial equity

Exhibit 8

Initial Projected Date of Final Report (TFR): 06/30/2018          Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-41526 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Mark J Gilbo | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6297 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1581 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/16 | | Fidelity National Title Company, LLC<br>6250 W 95th St<br>Oak Lawn, IL 60453 | Proceeds of sale of trustee's right, title and interest in real estate | | $61,756.85 | | $61,756.85 |
| | | | Gross Receipts $200,000.00 | | | | |
| | | Bank of America, N.A. | Payoff of First Mortgage ($105,320.02) | 2500-000 | | | |
| | | Nichae A. Whitenhill | Seller Credit ($5,000.00) | 2500-000 | | | |
| | | | County Taxes ($3,883.62) | 2500-000 | | | |
| | | Fidelity National Title Company | Commitment Fee ($125.00) | 2500-000 | | | |
| | | Fidelity National Title Company | CPL Fee ($50.00) | 2500-000 | | | |
| | | Fidelity National Title Company | State of IL Policy Registration Fee ($3.00) | 2500-000 | | | |
| | | Fidelity Nationla Title Company | Water Cert Processing-Handling ($80.00) | 2500-000 | | | |
| | | Fidelity National Title Company | Zoning Cert Processing-Handling ($80.00) | 2500-000 | | | |
| | | MYDEC Chicago Transfer Stamps | City Transfer Tax ($600.00) | 2500-000 | | | |
| | | MYDEC Cook County Transfer Stamps | County Transfer Tax ($100.00) | 2500-000 | | | |
| | | MYDEC Cook County Transfer Stamps | State Transfer Tax ($200.00) | 2500-000 | | | |
| | | Fidelity National Title | Est. 2014 & 2015 Redemption to Cook County Tax Assessor ($7,900.00) | 2500-000 | | | |
| | | PRS Associates | Real Estate Commssion ($10,000.00) | 3510-000 | | | |
| | | Olstein Law, LLC | Reimbursement for Death Certificates ($34.00) | 3220-000 | | | |
| | | Olstein Law, LLC | Reimbursement for Estimate of Redemption ($10.00) | 3220-000 | | | |
| | | | Page Subtotals: | | $61,756.85 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-41526 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Mark J Gilbo | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6297 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1581 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Olstein Law, LLC | Seller's attorneys fee | ($500.00) | 3210-000 | | | |
| | | Tri County | Survey Fee | ($800.00) | 2500-000 | | | |
| | | Olstein Law, LLC/FNT | Owners Title Insurance | ($1,700.00) | 3220-000 | | | |
| | | Fidelity National Title Company | Water Cert | ($1,737.51) | 2500-000 | | | |
| | | Fidelity National Title Company | Zoning Cert | ($120.00) | 2500-000 | | | |
| | 1 | | 11503 S Bell<br>Chicago Il 60643-0000 Cook | $200,000.00 | 1110-000 | | | |
| 01/05/17 | 1001 | Lee Gilbo<br>11037 S Artesian<br>Chicago, IL 60643 | One half of total homestead exemptions claimed | | 8100-002 | | $15,000.00 | $46,756.85 |
| 01/05/17 | 1002 | Joseph Gilbo<br>11037 S Artesian<br>Chicago, IL 60643 | One half of total homestead exemptions claimed | | 8100-002 | | $15,000.00 | $31,756.85 |
| 01/23/17 | | Fidelity National Title<br>FT Metro Harris Bank<br>1055 W. 175th Street<br>Suite 102<br>Homewood, IL 60430 | Turnover of balance of funds from title indemnity account after payment 2014 & 2015 real estate taxes | | 2500-000 | | ($965.09) | $32,721.94 |
| 03/15/17 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | | 2100-000 | | $11,750.00 | $20,971.94 |
| 03/15/17 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | | 2200-000 | | $15.42 | $20,956.52 |

| | | | Page Subtotals: | | | $0.00 | $40,800.33 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-41526 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Mark J Gilbo | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6297 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1581 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/17 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $15,582.65 | $5,373.87 |
| 03/15/17 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $367.10 | $5,006.77 |
| 03/15/17 | 1007 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 5800-000 | | $6.77 | $5,000.00 |
| 03/15/17 | 1008 | Bank Of The West<br>2527 Camino Ramon<br>Po Box 5172<br>San Ramon, Ca 94583 | Final distribution to claim 1 representing a payment of 16.73 % per court order. | 7100-000 | | $1,213.87 | $3,786.13 |
| 03/15/17 | 1009 | Dv Florida/Delawarevalley Floralgrp<br>C/O Teller Levit & Silvertrust Pc<br>19 S Lasalle Street Ste 701<br>Chicago, Il 60603 | Final distribution to claim 2 representing a payment of 16.73 % per court order. | 7100-000 | | $535.05 | $3,251.08 |
| 03/15/17 | 1010 | Choice Farms Corp<br>C/O Maria Medina<br>2003 Nw 70Th Ave Bldg 4<br>Miami, Fl 33122 | Final distribution to claim 3 representing a payment of 16.73 % per court order. | 7100-000 | | $538.32 | $2,712.76 |
| 03/15/17 | 1011 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Final distribution to claim 4 representing a payment of 16.73 % per court order. | 7100-000 | | $8.37 | $2,704.39 |
| 03/15/17 | 1012 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 5 representing a payment of 16.73 % per court order. | 7100-000 | | $1,068.22 | $1,636.17 |
| | | | Page Subtotals: | | $0.00 | $19,320.35 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-41526 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Mark J Gilbo | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6297 |
| | Checking |
| Taxpayer ID No: XX-XXX1581 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/17 | 1013 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 6 representing a payment of 16.73 % per court order. | 7100-000 | | $1,526.50 | $109.67 |
| 03/15/17 | 1014 | American Infosource Lp As Agent For T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Final distribution to claim 7 representing a payment of 16.73 % per court order. | 7100-000 | | $36.16 | $73.51 |
| 03/15/17 | 1015 | American Infosource Lp As Agent For Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 8 representing a payment of 16.73 % per court order. | 7100-000 | | $73.51 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $61,756.85 | $61,756.85 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $61,756.85 | $61,756.85 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $61,756.85 | $31,756.85 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Page Subtotals: $0.00    $1,636.17

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6297 - Checking | $61,756.85 | $31,756.85 | $0.00 |
|  | $61,756.85 | $31,756.85 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $138,243.15 |
| Total Net Deposits: | $61,756.85 |
| Total Gross Receipts: | $200,000.00 |

Page Subtotals:     $0.00     $0.00